**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  IN RE VERIFONE HOLDINGS INC                No. C 07-06140 MHP
9  SECURITIES LITIGATION                      **CLERK'S NOTICE**
                                              **(Rescheduling Motion Hearing)**
10 _____/
11
12     The parties are notified that the hearing of the motion(s) in this matter currently on calendar
for March 10, 2008, is hereby RESCHEDULED to **March 17, 2008, at 2:00 p.m.**  Please note that
13
only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date
14
remains in effect.
15
16
                                              Richard W. Wieking
17                                            Clerk, U.S. District Court
18
                                              /s/ Anthony Bowser
19
20  Dated: February 13, 2008                  Anthony Bowser, Deputy Clerk to the
                                              Honorable Marilyn Hall Patel
                                                    (415) 522-3140
21
22
23
24
25
26
27
28