SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077758)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

*Attorneys for Plaintiffs*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CERINI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | NO. 3:07-cv-06228-MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Donald Cerini hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: March 25, 2008        SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

                /s/
                Alan R. Plutzik, Of Counsel (Bar No. 077758)
                L. Timothy Fisher, Of Counsel (Bar No. 191626)
                2125 Oak Grove Road, Suite 120
                Walnut Creek, CA 94598
                Telephone: (925) 945-0770
                Facsimile: (925) 945-8792

                - and -

NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | Richard A. Maniskas |
| 2 | D. Seamus Kaskela |
|   | 280 King of Prussia Road |
| 3 | Radnor, PA 19087 |
|   | Telephone: (610) 667-7706 |
| 4 | Facsimile: (610) 667-7056 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL